Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence
of the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington

July 29, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br><br><br>                    v.<br><br>(1) DELMER VELASQUEZ-LICONA,<br>(2) RODRIGO ALVAREZ-QUINONEZ,<br>(3) JORGE CRUZ-HERNANDEZ,<br>(4) JUAN HERNANDEZ-HERNANDEZ,<br>(5) JOSE FERNANDO ESCOTO-FIALLOS,<br>(6) SAUL SUAREZ-MATA,<br>(7) JORGE ALBERTO RAMOS, and<br>(8) TARA SCOTT,<br><br>                    Defendants. | CASE NO. **CR20-093 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the past five years, and continuing until on or about July 29, 2020, in King County, within the Western District of Washington, and elsewhere, DELMER VELASQUEZ-LICONA, RODRIGO ALVAREZ-QUINONEZ, JORGE CRUZ-HERNANDEZ, JOSE FERNANDO ESCOTO-FIALLOS, SAUL SUAREZ-MATA, JORGE ALBERTO RAMOS, and others known and unknown,

INDICTMENT - 1
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  did knowingly and intentionally conspire to distribute  controlled substances, to wit:

2  heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl),

3  contrary to the provisions of Title 21, United States Code.

4     The Grand Jury further alleges that the conduct of DELMER VELASQUEZ-

5  LICONA, RODRIGO ALVAREZ-QUINONEZ, SAUL SUAREZ-MATA, JORGE

6  CRUZ-HERNANDEZ, and JOSE FERNANDO ESCOTO-FIALLOS, which includes the

7  reasonably foreseeable conduct of other members of the conspiracy charged in Count 1,

8  involved one kilogram or more of a mixture or substance containing a detectable amount

9  of heroin.

10     The Grand Jury further alleges that the conduct of DELMER VELASQUEZ-

11  LICONA, RODRIGO ALVAREZ-QUINONEZ, JORGE CRUZ-HERNANDEZ, SAUL

12  SUAREZ-MATA, and JORGE ALBERTO RAMOS, as members of the conspiracy

13  charged in Count 1 which includes the reasonably foreseeable conduct of the other

14  members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture

15  or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl )-4-

16  piperidinyl] propanamide (Fentanyl).

17     All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

18  and 846.

19                                    **COUNT 2**

20                          **(Distribution of Heroin)**

21     On or about July 31, 2019, in the City of Seattle, within the Western District of

22  Washington, DELMER VELASQUEZ-LICONA did knowingly and intentionally

23  distribute a controlled substance, to wit: heroin, a substance controlled under Title 21,

24  United States Code.

25     The Grand Jury further alleges that this offense was committed during and in

26  furtherance of the conspiracy charged in Count 1, above.

27     All in violation of Title 21, United States Code, Sections 841(a)(1) and

28  841(b)(1)(C).

INDICTMENT - 2
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Possession of Heroin and Fentanyl with Intent to Distribute)

On or about August 9, 2019, in the City of Seattle, within the Western District of Washington, DELMER VELASQUEZ-LICONA did knowingly and intentionally possess, with the intent to distribute, controlled substances, to wit: heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

### (Attempted Possession of Fentanyl with Intent to Distribute)

On or about December 9, 2019, in King County, within the Western District of Washington, DELMER VELASQUEZ-LICONA, SAUL SUAREZ-MATA, and TARA SCOTT did attempt, and aid and abet the attempt, to knowingly and intentionally possess, with the intent to distribute, a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5

### (Possession of Methamphetamine, Heroin, and Fentanyl with Intent to Distribute)

On or about December 9, 2019, in the City of Shoreline, within the Western District of Washington, TARA SCOTT did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute,

INDICTMENT - 3
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

1   controlled substances, to wit: methamphetamine, heroin, and N-phenyl-N-[1-(2-

2   phenylethyl)-4-piperidinyl] propanamide (Fentanyl), substances controlled under Title

3   21, United States Code.

4        The Grand Jury further alleges that this offense involved 50 grams or more of a

5   mixture or substance containing a detectable amount of methamphetamine, its salts,

6   isomers, or salts of its isomers.

7        The Grand Jury further alleges that this offense involved 40 grams or more of a

8   mixture or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl )-

9   4-piperidinyl] propanamide (Fentanyl).

10        All in violation of Title 21, United States Code, Sections 841(a)(1) and

11   841(b)(1)(B) and (C), and Title 18, United States Code, Section 2.

12   ### COUNT 6

13   **(Possession of Fentanyl with Intent to Distribute)**

14        On or about December 31, 2019, in the City of Seattle, within the Western District

15   of Washington, DELMER VELASQUEZ-LICONA, JORGE CRUZ-HERNANDEZ, and

16   JUAN HERNANDEZ-HERNANDEZ, did knowingly and intentionally possess, and

17   attempt to possess, with the intent to distribute, and aid and abet the possession of with

18   the intent to distribute, a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-

19   piperidinyl] propanamide (Fentanyl), a substance controlled under Title 21, United States

20   Code.

21        The Grand Jury further alleges that this offense involved 40 grams or more of a

22   mixture or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl )-

23   4-piperidinyl] propanamide (Fentanyl) or 10 grams or more of a mixture or substance

24   containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-

25   piperidinyl] propanamide (Fentanyl).

26        The Grand Jury further alleges that this offense was committed during and in

27   furtherance of the conspiracy charged in Count 1, above.

28

INDICTMENT - 4
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and

2  841(b)(1)(B), and Title 18, United States Code, Section 2.

3  ### COUNT 7

4  ### (Distribution of a Fentanyl)

5  On or about January 2, 2020, in the City of Seattle, within the Western District of

6  Washington, DELMER VELASQUEZ-LICONA did knowingly and intentionally

7  distribute a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

8  propanamide (Fentanyl), a substance controlled under Title 21, United States Code.

9  The Grand Jury further alleges that this offense was committed during and in

10  furtherance of the conspiracy charged in Count 1, above.

11  All in violation of Title 21, United States Code, Sections 841(a)(1) and

12  841(b)(1)(C).

13  ### COUNT 8

14  ### (Possession of Heroin with Intent to Distribute)

15  On or about January 15, 2020, in the City of Seattle, within the Western District of

16  Washington, DELMER VELASQUEZ-LICONA, JORGE CRUZ-HERNANDEZ, and

17  JOSE FERNANDO ESCOTO-FIALLOS did knowingly and intentionally possess, with

18  the intent to distribute, and aid and abet the possession of with the intent to distribute, a

19  controlled substance, to wit: heroin, a substance controlled under Title 21, United States

20  Code.

21  The Grand Jury further alleges that this offense involved one (1) kilogram or more

22  of a mixture or substance containing a detectable amount of heroin.

23  The Grand Jury further alleges that this offense was committed during and in

24  furtherance of the conspiracy charged in Count 1, above.

25  All in violation of Title 21, United States Code, Sections 841(a)(1) and

26  841(b)(1)(A), and Title 18, United States Code, Section 2.

27  //

28  //

INDICTMENT - 5
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

1

## COUNT 9

2

### (Possession of Fentanyl with Intent to Distribute)

3   On or about January 20, 2020, in the County of Lewis, within the Western District

4   of Washington, RODRIGO ALVAREZ-QUINONEZ and JORGE ALBERTO RAMOS,

5   did knowingly and intentionally possess, with the intent to distribute, and aid and abet the

6   possession of with the intent to distribute, a controlled substance, to wit: N-phenyl-N-[1-

7   (2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a substance controlled under

8   Title 21, United States Code.

9   The Grand Jury further alleges that this offense involved 400 grams or more of a

10   mixture or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl )-

11   4-piperidinyl] propanamide (Fentanyl).

12   The Grand Jury further alleges that this offense was committed during and in

13   furtherance of the conspiracy charged in Count 1, above.

14   All in violation of Title 21, United States Code, Sections 841(a)(1) and

15   841(b)(1)(A), and Title 18, United States Code, Section 2.

16

### ASSET FORFEITURE ALLEGATIONS

17   The allegations in Counts 1 through 9 of this Indictment are hereby realleged and

18   incorporated by reference herein for the purpose of alleging forfeiture to the United

19   States pursuant to Title 21, United States Code, Section 853.Pursuant to Title 21, United

20   States Code, Section 853, upon conviction of the felony drug offenses charged in Counts

21   1 through 9, the defendants shall forfeit to the United States of America any and all

22   property, real or personal, constituting or derived from, any proceeds the defendants

23   obtained, directly or indirectly, as the result of such offenses, and shall further forfeit any

24   and all property, real or personal, used, or intended to be used, in any manner or part, to

25   commit, or to facilitate the commission of, such offenses.  The property to be forfeited

26   includes, but is not limited to, the following:

27   a.   Sums of money representing the proceeds that each defendant individually

28   obtained as a result of their commission of the above offenses.

INDICTMENT - 6
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Substitute Assets*

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: _July 20, 2020_

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

INDICTMENT - 7
*United States v. Velasquez-Licona, et al.*
USAO No. 2019R00980