The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>(1) DELMER VELASQUEZ-LICONA,<br>(2) RODRIGO ALVAREZ-QUINONEZ,<br>(3) JORGE CRUZ-HERNANDEZ,<br>(4) JUAN HERNANDEZ-HERNANDEZ,<br>(5) JOSE FERNANDO ESCOTO-FIALLOS,<br>(6) SAUL SUAREZ-MATA,<br>(7) JORGE ALBERTO RAMOS, and<br>(8) TARA SCOTT,<br><br>    Defendants. | NO.  CR20-093 RSM<br><br>ORDER |

The Court issues this Order after considering the stipulated motion of the parties regarding a proposed pre-trial scheduling order. Trial in this matter is currently scheduled for September 13, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following scheduling deadlines be applied to this case:

**Pre-trial Motions and Preliminary Motions in Limine:** The pretrial motions and preliminary motions in limine deadline is August 2, 2021 (six weeks before trial). All motions in limine relating to previously produced discovery should be filed by this date.

**Designation of Calls for Trial.** The government shall identify intercepted calls and other communications it plans to use at trial, and provide at least rough transcripts of these calls, by August 16, 2021 (four weeks before trial).

**Federal Rule of Evidence 404(b):** The deadline for designation of Rule 404(b) evidence is August 16, 2021 (four weeks before trial).

**Expert Opinions:** The deadline for providing notice of any experts is August 16, 2021 (four weeks before trial). However, the Court recognize the DEA laboratory has a significant backlog in both analyzing drug evidence and fingerprint evidence. If these reports have not yet been generated, the government shall so indicate to the Court and defense by August 16, 2021 (four weeks before trial) and provide information as to when such reports will reasonably be available.

**Jenks Act.** The deadline for the government to provide Jenks Act discovery is August 16, 2021 (four weeks before trial).

**Henthorn Information:** The deadline for the government to provide impeachment information contained in law enforcement personnel files is August 30, 2021 (two weeks before trial).

**Confidential Informants:** If the government decides it will call confidential informants to testify at trial, the government shall provide impeachment information as to any such informant by August 30, 2021 (two weeks before trial).

**Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness Lists, Evidence Lists, and Secondary Motions in Limine:** The deadline for the parties to file Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness Lists, and Evidence Lists is September 6, 2021 (one week before trial). In addition, the parties may file motions in limine relating to any discovery produced after the preliminary motions in limine deadline (August 2, 2021).

IT IS FURTHER ORDERED that if the Court is ordered closed for the month of September 2021 due to the COVID-19 pandemic, the above deadlines are stricken and the parties are directed to submit a new scheduling order to the Court.

IT IS FURTHER ORDERED that if it appears likely the Court will be closed in the month of September 2021 due to the COVID-19 pandemic, the parties may jointly or separately move the Court to amend any or all of the above deadlines.

DATED this 16th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BRIAN T. MORAN
United States Attorney

*/s/ Stephen Hobbs*
STEPHEN HOBBS
BENJAMIN DIGGS
Assistant United States Attorneys


Reviewed and approved:

*/s/ Lauren Mariko Wegener*
Timothy Lohraff
Lauren Mariko Wegener
Counsel for Velasquez-Licona

*/s/*
Terrence Kellogg
Counsel for Alvarez-Quinonez

*/s/Jennifer Howitz*
Jennifer Horwitz
Fatima Dilek

Counsel for Cruz-Hernandez

*/s/ Barry Flegenheimer*
Barry Flegenheimer
Counsel for Hernandez-Hernandez

*/s/ Christopher Black*
Christopher Black
Sade Smith
Counsel for Escoto-Fiallos

*/s/ Peter Camiel*
Peter Camiel
Counsel for Suarez-Mata

*/s/ Phil Brennan*
Phil Brennan
Counsel for Ramos

*/s/ Cathy Gormley*
Cathy Gormley
Counsel for Scott