UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELMER VELASQUEZ-LICONA,<br><br>Defendant. | CASE NO. CR20-93RSM<br><br>**ORDER** |

Defendant's *ex parte* motion to withdraw and appoint new counsel, presented orally to the Court at the status hearing on November 30, 2021 is GRANTED. Lauren Wegener is allowed to withdraw as counsel of record for defendant Delmer Velasquez-Licona. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter.

DATED this 30th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE