Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>DELMER VELASQUEZ-LICONA,<br><br>Defendant. | Case No. CR20-093 RSM<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AS TO DELMER VELASQUEZ-LICONA |

THE COURT having considered the unopposed motion to continue the pretrial motions deadline as to Delmer Velasquez-Licona finds good cause to grant the requested extension:

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions as to Delmer Velasquez-Licona shall be continued to April 15, 2022.

DATED this 5th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Anna M. Tolin*

Anna M. Tolin
Attorney for Delmer Velasquez-Licona



Wrdq#Odz#Iup#
4333#Vhfrqg#Dyhqxh/#Vxlwh#5473#
Vhdwwoh/#Z D#<;43704369#
Skrqh=#539176913963