Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

| UNITED STATES OF AMERICA, | Case No. CR 20-093 RSM |
|---|---|
| Petitioner, | ORDER GRANTING MOTION TO SEAL EXHIBIT 4 TO DEFENSE SENTENCING MEMO (CONFIDENTIAL MEDICAL REORDS AND INFORMATION) |
| vs. | |
| DELMER VELASQUEZ-LICONA, | |
| Defendant. | |

9
10
11
12

13    The Court has reviewed the files and records herein and having found good cause, the

14   motion to seal Exhibit 4 to Delmer Velasquez-Licona's Sentencing Memorandum containing

15   confidential medical records  (Dkt #426) is GRANTED.

16    Dated this 5ᵗʰ day of December, 2022.

17
18

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

19
20
21
22
23

*U.S. v. Delmer Velasquez-Licona,* CR 20-093 RSM
Order Granting Motion to Seal
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630